```
                              FILED
                       U.S. DISTRICT COURT
                     EASTERN DISTRICT OF LA

                       2000 JAN 24  P 1:49

                        LORETTA G. WHYTE
                              CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 18, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES TERRIAN CAMP III** | CIVIL ACTION |
| **VERSUS** | NO. 00-0096 |
| **MORGAN CITY, ET AL** | SECTION "C" (3) |

The Clerk is hereby **ORDERED** to file the 42 U.S.C. § 1983 complaint in the above captioned matter without payment of a filing fee. The determination of pauper status is deferred to the United States District Court for the Western District of Louisiana after transfer of this matter to that Court. (See Report and Recommendation issued herein).

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

DATE OF ENTRY  JAN 2 4 2000