

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES TERRIAN CAMP III** | CIVIL ACTION |
| **VERSUS** | NO. 00-0096 |
| **MORGAN CITY, ET AL** | SECTION "C" (3) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the above captioned matter be and hereby is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 18 day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY FEB 23 2000